David Lemus
#K84252
P.O. Box 921
Imperial, CA. 92251



FILED
JUL 24 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DAVID LEMUS

        Plaintiff,

  vs.

T. GUTIERREZ, Correctional Officer

JOHN DOE, Correctional Officer

S. KO, Medical Doctor

        Defendants.

Case No. '17CV1500 MMA JLB

42 U.S.C. §1983

JURY TRIAL DEMANDED

1

## JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act, pursuant to U.S.C. §1983, and the Eighth Amendment to the United States Constitution. Jurisdiction of this Court is invoked under 28 U.S.C. §1343(a)(3) and §1391, and the aforementioned statutory and constitutional provisions. Plaintiff further invokes supplemental jurisdiction pursuant to 28 U.S.C. §1367, to hear and decide state law claims. Venue is founded in this judicial district upon 28 U.S.C. §1391.

## GENERAL ALLEGATIONS

2. At all material times mentioned, Plaintiff resided at Centinela State Prison, Imperial, California.

## PARTIES

3. Defendants Gutierrez and John Doe, were all correctional and custodial officers at Centinela State Prison. They were responsible for the custody, treatment and discipline of all prisoners under their charge. The correctional officers are required to obey all applicable rules, regulations, laws and prison guidelines. They are being sued in their individual capacity.

4. Defendant Ko, was the medical doctor at Centinela State Prison. His responsibility entailed medical care and treatment of prisoners. His requirement in the performance of his duties were to obey all applicable rules, regulations, laws and prison guidelines. He is being sued in his individual capacity.

## SUPPORTING FACTS

### A. CUSTODY DELIBERATE INDIFFERENCE

5. On October 17, 2016, Plaintiff and his cellmate Rickey Cruz #C74686 was summoned for court appearance at the administrative building between A/B complex.

6. At the sally-port on D-yard, my cellmate and I was accosted by Defendants Gutierrez and John Doe, who both handcuffed us behind our backs for transport on cart #115.

7. My cellmate was allowed to sit on a passager seat in the front of the cart, whereas Plaintiff was told to sit on a makeshift plywood seat at the back.

8. Defendant Gutierrez was the driver of the cart and droved fast on the road and rounding corners.

9. Defendant John Doe was hanging on to the side of the cart, while sitting next to Plaintiff.

10. Plaintiff didn't have anything to grap, as he started sliding off the side of the cart.

11. Plaintiff's yelling for Defendant Gutierrez to stop was ignored, as he continued driving fast, then turned a corner that threw Plaintiff from the cart.

12. Instead of stopping, both defendants kept going to A complex, inorder to make sure Plaintiff's cellmate wasn't late for court.

13. Plaintiff was tossing and turning in pain on the pavement for many minutes before both defendants appeared in a hostile fashion.

14. These defendants refused to activate their alarm for medical attention on Plaintiff's behalf, but took it upon themselves to snatch him up and tried to place him in the cart for court.

3

15. When Plaintiff told the defendants that he was in excruciating pain, they ignored him by saying that he had to get to court.

16. After medical personnel started yelling for the defendants to take Plaintiff to the infirmary, they retrieved a wheelchair and took him to the Correctional Treatment Center (CTC).

17. Throughout the whole time, both defendants repeatedly threaten to make Plaintiff take a urine analysis for not suppressing his injuries and missing his court appearance.

18. Plaintiff was seen by Doctor K. Seeley at CTC, then via ambulance taken to El Centro Regional Medical Center (ECRMC).

19. After hours of examination at (ECRMC), Doctor Kari Kajitani diagnosed Plaintiff's condition as suffering from forearm hematoma, closed head injury w/o cranial wound and thoracic myofascial strain, whereby he was accommodated with an arm brace.

B. MEDICAL DELIBERATE INDIFFERENCE

20. Upon entry at Centinela State Prison, Defendant Ko confiscated Plaintiff's arm brace without replacing it or accommodating his medical needs associated with forearm hematoma.

21. Plaintiff expressed that he was in tremendous pain, but the aforesaid doctor indicated that he would be alright.

22. When Plaintiff continued to express discomfort with his arm, the aforesaid defendant told him that the matter was beyond his control.

23. Plaintiff was subsequently denied medical treatment by the aforementioned defendant without legitimate reason.

24. Plaintiff exhausted his administrative remedies in regard to his claims herein this action.

///

## COUNT ONE

### DEFENDANTS GUTIERREZ AND JOHN DOE VIOLATED PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AMENDMENT, BY DISREGARDING HIS INJURIES AFTER FALLING FROM A MOVING CART

25. Plaintiff hereby incorporate and realleges paragraphs 1 through 24 of this complaint, as fully set forth herein.

26. In committing the acts or omissions set forth in paragraphs 1 through 24 of this complaint, Plaintiff is informed, believes and alleges that Defendants Gutierrez and John Doe deliberately caused him to fall from the fast moving cart, then tried to cover it up by disregarding his injuries and threatening him with a urine analysis after forcing him to stand in excruciating pain.

27. The aforementioned acts and/or omissions of defendants were willful, wanton, malicious, oppressive, vexatious, deliberate and done with reckless indifference to and/or callous disregard for Plaintiff's rights and justify an award of exemplary, general and punitive damages.

## COUNT TWO

### DEFENDANT KO VIOLATED PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AMENDMENT, BY CONFISCATING HIS ARM BRACE AND REFUSING TO PROVIDE HIM WITH MEDICAL CARE

28. Plaintiff hereby incorporate and realleges paragraphs 1 through 24 of this complaint, as fully set forth herein.

29. In committing the acts or omissions set fort in paragraphs 1 through 24 of this complaint, Plaintiff is informed, believes and alleges that Defendant Ko disregarded his condition of suffering from forearm

hematoma, by confiscating his arm brace and denying him medical attention, while knowing that he was in excruciating pain.

30. The aforementioned cats and/or omissions of the defendnat were willful, wanton, malicious, oppressive, vexatious, deliberate and done with reckless indifference to and/or callous disregard for Plaintiff's rights and justify an award of exemplary, general and punitive damages.

## DAMAGES

WHEREFORE, Plaintiff respectfully requests for judgment against defendants, as follows:

1. A declaration that the acts and/or omissions described herein, violated Plaintiff's rights under the Constitution and laws of the United States;

    2. Appoint experts to represent Plaintiff, or in the alternative;

    3. Compensatory damages in the amount of $500,000;

    4. Punitive damages in the amount of $500,000;

    5. Plaintiff's cost in this suit;

    6. Appointment of attorney;

    7. A jury trial on all issues triable by jury;

    8. Any additional relief this Court may deem just, proper and equitable.

Dated: 6/29/17

Respectfully Submitted,

David Lemus

## VERIFICATION—

I, David Lemus, am the person who is filing the Accusation. I certify and declare that I have read the foregoing, that I know its contents, and that I am informed and believe the matters stated within are true.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed this 6/29/17 day of July, 2017, at Imperial, California.

(Your Signature)

Proof of Service by Mail

I declare that:

I am a resident of Centinela State Prison in the county of Imperial, California. I am over the age of 18 years. My residence address is: P.O. Box 921, Imperial, CA. 92251

On 6/29/17, I served the attached 1983 Complaint on the Court in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Centinela State Prison

addressed as follows:

United States District Court, Southern District of California, 221 West Broadway, San Diego, CA. 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the date of 6/29/17, at Imperial, California.

David Lemus

[Type or Print Name]

[Signature]



Mr. David Lemus
#K84252, CU-239
P.O. Box 921
Imperial, CA. 92251

United States District Court
Southern District of California
221 West Broadway
San Diego, CA 92101

LEGAL AND CONFIDENTIAL MAIL

