

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Lemus<br><br>Plaintiff,<br>V.<br><br>T. Gutierrez, Correctional Officer; S. Ko, Medical Doctor; A. Hernandez, Jr., Correctional Officer<br><br>Defendant. | Civil Action No. 17cv1500-MMA(JLB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion for summary judgment as to the merits of Plaintiff's Eighth Amendment claims.

Date: 6/17/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy